KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:   (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRADER SPORTS, INC. dba THE TRADERS, <br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General, United States Department of Justice, CARL J. TRUSCOTT, Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, MARY LERCH, Director of Industry Operations, San Francisco Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice,<br><br>    Defendants. | No. C 06-001136 VRW<br><br>**DECLARATION OF RONALD J. BORG IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: May 25, 2006<br>Time: 2:00 p.m.<br>Dept.: 6<br>Judge: Hon. Vaughn R. Walker |

I, RONALD J. BORG, declare:

1. I am an Inspector for the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives and have been employed by ATF since 1983. I make this declaration from my own personal knowledge. If called as a witness, I could and would competently testify to the contents of this declaration.

2. I am familiar with Federal firearms laws. The administration of Federal firearms laws has

been delegated by Congress to ATF. The principal ATF regional official responsible for the administration of the Gun Control Act of 1968 (GCA), 18 U.S.C. §§ 921 et seq., is the Director of Industry Operations (DIO). 27 C.F.R. § 478.11. Under the GCA, a person must apply for and receive a license from ATF prior to engaging in the business of dealing firearms other than destructive devices. 18 U.S.C. § 923(a) and 27 C.F.R. § 478.41. A person issued a license may engage in business so long as it has not willfully violated any provision of the Federal firearms law and its implementing regulations. The Federal firearms laws and regulation provide that all licensees are subject to rigorous record keeping requirements concerning any firearm produced, shipped, imported, received, sold or otherwise disposed. ATF conducts regular compliance inspections of Federal firearms licensees.

3. I performed a compliance inspection on Trader Sports, Inc. along with ATF Inspectors Jun Tucay and Frances A. Irving which began when I entered the licensed premises on July 15, 2002. My diary regarding time spent on the Trader Sports assignment is as follows:

07/15/02 – Begin conducting a Recall Demand Inspection

07/16/02 – Prepare Worksheet #12 for submission to Supervisor

07/17-19/02 – Continue with Recall Inspection (inspection of records and inventory)

07/23-26/02 – Continue with Recall Inspection (inspection of records and inventory)

07/29/02 – Post inspection work-up

07/30/02 – Finalize inspection workpapers

08/09/02 – Continue post inspection work-up

08/23/02 – Post inspection review and completion of workpapers

08/28/02 – Post inspection rescheduling of closing conference. I contacted Traders to set up a conference date, but the date I was given to suggest to them (I'm not sure of the original date) was not good for them, as Janie (the computer input person) would be on leave at that time. Due to scheduling conflicts, we rescheduled it for a month later. The date selected was mutually

DECLARATION OF RONALD BORG
C 06-1136 VRW                                         2

1 | agreed upon.

2 | 09/27/02 – Participate in closing conference.

3 | 4. I finished my inspection on August 28, 2002. The closing conference is not an

4 | inspection. It is a meeting to discuss what was found in the compliance inspection.

5 |

6 | I declare under penalty of perjury that the foregoing is true and accurate and that I have

7 | executed this declaration on May 4, 2006 in Dublin, California.

RONALD J. BORG

DECLARATION OF RONALD BORG
C 06-1136 VRW                3