KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Tenth Floor
San Francisco, California 94102
Telephone:   (415) 436-6909
Facsimile:   (415) 436-6748
Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRADER SPORTS, INC. dba THE TRADERS,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General, United States Department of Justice, CARL J. TRUSCOTT, Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, MARY LERCH, Director of Industry Operations, San Francisco Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice,<br><br>Defendants. | No. C 06-001136 VRW<br><br>**DECLARATION OF JUN TUCAY IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: May 25, 2006<br>Time: 2:00 p.m.<br>Dept.: 6<br>Judge: Hon. Vaughn R. Walker |

I, JUN TUCAY, declare:

1. I am an Inspector for the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives and have been employed by ATF since 1991. I make this declaration from my own personal knowledge. If called as a witness, I could and would competently testify to the contents of this declaration.

2. I am familiar with Federal firearms laws. The administration of Federal firearms laws has

been delegated by Congress to ATF. The principal ATF regional official responsible for the administration of the Gun Control Act of 1968 (GCA), 18 U.S.C. §§ 921 et seq., is the Director of Industry Operations (DIO). 27 C.F.R. § 478.11. Under the GCA, a person must apply for and receive a license from ATF prior to engaging in the business of dealing firearms other than destructive devices. 18 U.S.C. § 923(a) and 27 C.F.R. § 478.41. A person issued a license may engage in business so long as it has not willfully violated any provision of the Federal firearms law and its implementing regulations. The Federal firearms laws and regulation provide that all licensees are subject to rigorous record keeping requirements concerning any firearm produced, shipped, imported, received, sold or otherwise disposed. ATF conducts regular compliance inspections of Federal firearms licensees.

3. I performed a compliance inspection on Trader Sports, Inc. along with ATF Inspectors Frances A. Irving and Ronald J. Borg which began when I entered the licensed premises on July 15, 2002. My diary regarding time spent on the Trader Sports assignment is as follows:

| Date | Location | Activity |
|---|---|---|
| 7/15/02 | on site | opening conference; interviewed Tony Cucchiara & Jayme Williams; started verifying State and local licenses and permits and qualifying documents; started firearms records and inventory examination for inspection period |
| 7/17/02 | on site | inventory to book and book to inventory verification |
| 7/18/02 | on site | inventory to book and book to inventory verification |
| 7/19/02 | on site | inventory to book and book to inventory verification |
| 7/25/02 | on site | inventory to book and book to inventory verification |
| 7/29/02 | on site | inventory to book and book to inventory verification |
| 8/2/02 | on site | Form 4473 examination |
| 8/8/02 | on site | Form 4473 examination |
| 8/9/02 | on site | Form 4473 examination |
| 8/16/02 | on site | Form 4473 examination |

DECLARATION OF JUN TUCAY
C 06-1136 VRW                                    2

| | | | |
|---|---|---|---|
| 1 | 8/21/02 | on site | Form 4473 examination |
| 2 | 8/23/02 | on site | book to Form 4473 to Form 3310.4 verification |
| 3 | 9/19/02 | on site | for evidence in cases re: "person other than licensee" Ref. #2002-0026 was for a possible straw transaction and Referral #2002-0027 was for a possible prohibited person purchasing a firearm and/or possible illegal and unlicensed dealing/trafficking of firearms. Both referrals were forwarded to ATF Special Agents in Oakland, |
| 9 | 9/20/02 | on site | to secure copy of Form 4473 for separate criminal referral |
| 10 | 9/27/02 | on site | closing conference with Tony Cucchiara and Jayme Williams |
| 12 | 10/10/02 | on site | post inspection action to verify licensee's questions about some of the violations |

4. I finished my inspection on August 28, 2002. The closing conference is not an inspection. It is a meeting to discuss what was found in the compliance inspection.

I declare under penalty of perjury that the foregoing is true and accurate and that I have executed this declaration on May 4, 2006 in Los Angeles California.

Jun Tucay

DECLARATION OF JUN TUCAY
C 06-1136 VRW

3