```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  JONATHAN U. LEE (SBN 148792)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Tenth Floor
 5      San Francisco, California 94102
        Telephone:  (415) 436-6909
 6      Facsimile:  (415) 436-6748
        Email: jonathan.lee@usdoj.gov
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TRADER SPORTS, INC. dba THE TRADERS, | No. C 06-001136 VRW |
| Plaintiff, | **DECLARATION OF FRANCES IRVING IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| ALBERTO GONZALES, Attorney General, United States Department of Justice, CARL J. TRUSCOTT, Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, MARY LERCH, Director of Industry Operations, San Francisco Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, | Date: May 25, 2006<br>Time: 2:00 p.m.<br>Dept.: 6<br>Judge: Hon. Vaughn R. Walker |
| Defendants. | |

I, FRANCES A. IRVING, declare:

1. I am an Inspector for the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives and have been employed by ATF since 1987. I make this declaration from my own personal knowledge. If called as a witness, I could and would competently testify to the contents of this declaration.

2. I am familiar with Federal firearms laws. The administration of Federal firearms laws has

been delegated by Congress to ATF. The principal ATF regional official responsible for the administration of the Gun Control Act of 1968 (GCA), 18 U.S.C. §§ 921 et seq., is the Director of Industry Operations (DIO). 27 C.F.R. § 478.11. Under the GCA, a person must apply for and receive a license from ATF prior to engaging in the business of dealing firearms other than destructive devices. 18 U.S.C. § 923(a) and 27 C.F.R. § 478.41. A person issued a license may engage in business so long as it has not willfully violated any provision of the Federal firearms law and its implementing regulations. The Federal firearms laws and regulation provide that all licensees are subject to rigorous record keeping requirements concerning any firearm produced, shipped, imported, received, sold or otherwise disposed. ATF conducts regular compliance inspections of Federal firearms licensees.

3. I performed a compliance inspection on Trader Sports, Inc. along with ATF Inspectors Jun Tucay and Ronald J. Borg which began when I entered the licensed premises on July 15, 2002. My diary regarding time spent on the Trader Sports assignment is as follows:

| Date | Activity |
|---|---|
| 7/17/02 | firearms inventory taken |
| 7/18/02 | firearms inventory taken |
| 7/19/02 | Firearms inventory taken |
| 7/23/02 | Input inventory in computer/records reviewed |
| 7/24/02 | Input inventory in computer/records reviewed |
| 7/25/02 | Input worksheet 8 in computer |
| 7/26/02 | Input worksheet 8 in computer |
| 7/29/02 | Worked on workpapers |
| 8/5/02 | 2 hrs worked on workpapers |
| 8/9/02 | Worked on workpapers |
| 8/14/02 | 1 hr worked on workpapers |
| 8/23/02 | Finalized workpapers |
| 8/28/02 | Pre-warning conference |
| 9/27/02 | Warning Conference held at Traders |

1  4.     I finished my inspection on August 28, 2002. The closing conference is not an
2         inspection. It is a meeting to discuss what was found in the compliance inspection.
3
4         I declare under penalty of perjury that the foregoing is true and accurate and that I have
5  executed this declaration on May 4, 2006 in _Dublin_, California.

         *[signature]*
         Frances A. Irving