KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:   (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRADER SPORTS, INC. dba THE TRADERS,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General, United States Department of Justice, CARL J. TRUSCOTT, Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, MARY LERCH, Director of Industry Operations, San Francisco Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice,<br><br>    Defendants. | No. C 06-001136 VRW<br><br>**DECLARATION OF JONATHAN U. LEE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: May 25, 2006<br>Time: 2:00 p.m.<br>Dept.: 6<br>Judge: Hon. Vaughn R. Walker |

I, JONATHAN U. LEE, declare:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am licensed to practice law in California and to appear before this Court. I am the counsel of record in the captioned matter and have been the principal attorney handling the defense of this action. I am familiar with the pleadings, discovery and files in this action. I make this declaration from my own personal

1. knowledge. If called as a witness, I could and would competently testify to the contents of this declaration.

2. In reviewing files and materials related to the background of this dispute, I located an Order dated November 16, 1979 stamped by Judge Conti in the matter of <u>Cucchiara v. Secretary</u>, which denied Mr. Cucchiara's motion for stay in that case. Attached hereto as Exhibit A is a true and correct copy of the order.

I declare under penalty of perjury that the foregoing is true and accurate and that I have executed this declaration on May 4, 2006 in San Francisco, California.

/s/
_____
JONATHAN U. LEE
Assistant United States Attorney

DECLARATION OF AMY JOHNSON
C 06-1136 VRW                           2