KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone: (415) 436-6909
    Facsimile: (415) 436-6748
    Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRADER SPORTS, INC. dba THE TRADERS,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General, United States Department of Justice, CARL J. TRUSCOTT, Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, MARY LERCH, Director of Industry Operations, San Francisco Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice,<br><br>    Defendants. | No. C 06-001136 VRW<br><br>**DECLARATION OF AMY JOHNSON IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: May 25, 2006<br>Time: 2:00 p.m.<br>Dept.: 6<br>Judge: Hon. Vaughn R. Walker |

I, AMY JOHNSON, declare:

1. For the past 18 years, I have served as a inspector/investigator at the Bureau of Alcohol, Tobacco and Firearms ("ATF") and its predecessors-in-interest, working in regulatory enforcement. I have worked for ATF a total of approximately 26 years. I was formerly known by the name Amy Olszewski until my marriage in 2006. I make this declaration from my own personal knowledge. If called as a witness, I could and would competently

testify to the contents of this declaration.

2. Sania Franken asked me to contact the State of California regarding sales information for the top three retailers in California, other than chain stores, for 2003-2005.

3. It was my understanding initially that Trader Sports would have been a top three non-chain store retailer in California for those three years. In addition, I consulted two reports obtained from the State of California, Department of Justice, Firearms Division showing annual sales volume for all California firearms dealers. The most recent report covered October 2004-2005 and showed the top volume dealers were (1) Turner's Outdoorsman (San Bernardino location) which is a multi-location chain store, (2) Trader Sports, (3) Martin Retting, (4) another Turner's location and (5) Second Amendment. I consulted with my supervisors and colleagues and it was our consensus to not use Turner's for the comparison purposes, because that is a chain retailer.

4. However, I later performed a preliminary check and determined that Turner's San Bernardino location had only 188 traces for the same three year period, only one of which was an unsuccessful trace.

5. For the same period 2003-2005, Trader Sports had 19 unsuccessful traces, according to a trace history report I obtained from the Crime Gun Analysis Branch of ATF in early February 2006. An unsuccessful trace is when the dealer is unable to determine and verify the receipt or disposition of a firearm. Under the law, a dealer is required to confirm this information within 24 hours. However, the 19 unsuccessful traces for Trader Sports includes those traces for which Trader could not verify receipt or disposition for 2003-2005 at any time, even with extra time beyond the 24 hour statutory period.

6. For the sales volume statistics, once I identified Trader Sports, Martin Retting and 2nd Amendment, I then contacted Dana McKinnon, Field Representative, California Department of Justice, Firearms Division, regarding the Field Rep Report of DROS Transactions for these three dealers. DROS stands for Dealer Record of Sale. California dealers log into the DROS internet system using their password to provide essential data of each firearms sales transaction. The Field Rep Report consists of all approved and

1     cancelled DROS transactions for the period 2003-2005 and denied DROS transactions
2     dating back to 1997.
3   7.  By contacting Mr. McKinnon and obtaining the Field Rep Report, I was able to obtain
4     annualized sales figures for the three dealers. I provided the sales statistics to Sania
5     Walker: Traders had 3,735 firearms sales in 2003, 4,016 sales in 2004, and 3,613 sales in
6     2005; Martin Retting had 2,941 sales in 2003, 3,176 sales in 2004, and 3,846 sales in
7     2005; and 2nd Amendment had 2,096 sales in 2003, 2,722 sales in 2004 and 3,798 sales in
8     2005.

I declare under penalty of perjury that the foregoing is true and accurate and that I have executed this declaration on May 4, 2006 in San Jose, California.

_____
AMY JOHNSON

DECLARATION OF AMY JOHNSON
C 06-1136 VRW               3