KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:   (415) 436-6909
    Facsimile:   (415) 436-6748
    Email: jonathan.lee@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRADER SPORTS, INC. dba THE TRADERS,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General, United States Department of Justice, CARL J. TRUSCOTT, Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, MARY LERCH, Director of Industry Operations, San Francisco Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice,<br><br>    Defendants. | No. C 06-001136 VRW<br><br>**DECLARATION OF SANIA E. FRANKEN IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: May 25, 2006<br>Time: 2:00 p.m.<br>Dept.: 6<br>Judge: Hon. Vaughn R. Walker |

I, SANIA E. FRANKEN, declare:

1. For the past 30 and ½ years, I have worked for the Bureau of Alcohol, Tobacco and Firearms ("ATF") and its predecessors-in-interest. My current position is Special Intelligence Investigator, and I have held this position approximately 3 and ½ years. My duties include primarily supporting special agents in their investigations of crimes involving firearms, contraband cigarettes and alcohol. During the previous 27 years, I

was an investigator/inspector for ATF, performing regulatory, administrative inspections relating to the firearms, alcohol, tobacco, and explosives industries.

2. I make this declaration from my own personal knowledge. If called as a witness, I could and would competently testify to the contents of this declaration.

3. I have created the attached charts and graphs, using data from the ATF and the State of California. I gathered the pertinent information from ATF. My co-worker Amy Johnson gathered the pertinent information from the State of California.

4. I have researched the number of "trace" requests for Federal firearms licensees during calendar year 2005. A "trace" is a request by law enforcement following recovery of a firearm to determine the origin of sale of the firearm and all relevant information pertaining to the transaction. I contacted Mary Ellen Reninger of ATF in Martinsburg, West Virginia. Ms. Reninger is a Program Analyst in the Violent Crime Analysis Branch of the ATF. I asked Ms. Reninger to access the Violent Crime Gun Firearms Tracing System data base. According to the Violent Crime Gun Firearms Tracing System, Trader Sports had 447 traces during 2005, which was the second greatest number of traces that year out of nearly 100,000 licensees. Attached hereto as Exhibit A is a pie chart accurately showing trace data for the top five Federal firearms licensees with retail operations during calendar year 2005.

5. I also researched the comparison between firearms sold and firearms recovered and traced for the top three single location, non-chain store retailers in California, for calendar years 2003, 2004, and 2005, which were Trader Sports, Martin Retting, Inc., and 2nd Amendment. Martin Retting has been a firearms dealer since approximately 1984 and 2nd Amendment has been a dealer since approximately 2001.

6. I obtained the number of traces for each of the three retailers from Ms. Reninger. I obtained the overall sales information from my colleague Amy Johnson of ATF's San Francisco Field Division. I asked Ms. Reninger to access the Violent Crime Gun Firearms Tracing System data base for the number of trace requests for each of the three licensees. According to my research, Trader Sports had a much higher number of traces

DECLARATION OF SANIA FRANKEN
C 06-1136 VRW                                2

to firearms sold than did the other two licensees. The three year total of firearms sold by Trader Sports was 11,364, and the total number of traces was 1,424. By comparison, number two retailer Martin Retting sold 9,963 firearms but had only 408 total traces during the three years. Number three retailer Second Amendment sold 8,616 firearms and had just 10 traces over the three years. Attached hereto as Exhibit B is a bar graph that accurately depicts my research findings.

7. The bar graph shows the number of trace requests in the left hand column and the number of firearms sales in the right hand column. For example, Traders had 496 traces and 3,735 firearms sales in 2003, 481 traces and 4,016 sales in 2004, 447 traces and 3,613 sales in 2005. By comparison, Martin Retting had 111 traces and 2941 sales in 2003, 164 traces and 3,176 sales in 2004, and 133 traces and 3,846 sales in 2005, and 2nd Amendment had 0 traces and 2,096 sales in 2003, 2 traces and 2,722 sales in 2004 and 8 traces and 3,798 sales in 2005.

8. I also researched the trace requests for firearms sold by Trader Sports during the last three years, 2003-05. For this research project, I also consulted with Ms. Reninger of ATF, who consulted the Violent Crime Gun Firearms Tracing System data base for the number of trace requests for Trader Sports, which permits a time period query. Ms. Reninger informed me of the number of firearms sold by Trader Sports that were the subject of a trace request within 3 months, within 3-12 months, within 1-2 years and within 2-3 years, for 2003, 2004 and 2005. Attached hereto as Exhibit C is a bar graph, titled "Time Between Trader's Disposition of Firearm and Criminal Event, By Trace Requests Only, 2003-2005." This shows that Trader Sports sold 7 firearms in 2003 that were the subject of a trace request within 3 months, 13 such firearms in 2004, and 12 such firearms in 2005. For the time period of 3 to 12 months between sale by Trader Sports and the resulting trace request, Trader Sports sold 16 such firearms in 2003, 30 in 2004, and 21 in 2005. For the period of 1 to 2 years, Trader Sports sold 25 firearms in 2003 that resulted in a trace request within the period, 20 such firearms in 2004 and 25 such firearms in 2005. For the period of 2 to 3 years, Trader Sports sold 29 firearms in 2003 that resulted

1  in a trace request within the period, 24 such firearms in 2004 and 13 such firearms in 2005.

9. I also researched the number of firearm recoveries in the Bay Area by law enforcement that traced back to purchases at Trader Sports for calendar years 2003, 2004 and 2005. For this research project, I needed information from Ms. Reninger of ATF, who consulted the Violent Crime Gun Firearms Tracing System data base for the number of trace requests for Trader Sports. I told Ms. Reninger that I needed the trace data for Trader Sports for 2003-2005, without duplicate entries and where Trader Sports was the final dealer in the firearm's history. Ms. Reninger provided the statistical information to me and at my request to Michael Klatt, Intelligence Research Specialist for ATF's Los Angeles Field Division, who under my direction mapped the trace information by the location of the firearm's recovery by law enforcement. I needed Mr. Klatt's assistance for the technical and computer skills that led to the map graphic, but the information reflected on the map graphics came from my request to Ms. Reninger and my analysis of the trace reports.

10. Attached hereto as Exhibit D is a series of maps showing the tally and geographical distribution of the firearms recovered by law enforcement in the Bay Area in 2003, 2004 and 2005, for which Trader Sports was the final dealer in the firearm's history. Exhibit D-1 is the map for 2005, and it shows 279 firearms sold by Trader Sports and recovered in the Bay Area for that year. Exhibit D-2 is the map for 2004 and it shows 290 firearms sold by Trader Sports and recovered in the Bay Area for that year. Exhibit D-3 is the map for 2005 and it shows 252 firearms sold by Trader Sports and recovered in the Bay Area for that year.

I declare under penalty of perjury that the foregoing is true and accurate and that I have executed this declaration on May __, 2006 in _____, California.

SANTA FRANKEN

DECLARATION OF SANTA FRANKEN
C 06-1136 VRW