# Exhibit A



TRACE DATA FOR THE TOP 5 RETAILERS IN THE NATION DURING CY 2005

- Badger Outdoors, W. Milwaukee, WI — 537 Traces — 24% (#1)
- Trader Sports Inc., San Leandro, CA — 447 Traces — 20%
- Elliot's Small Arms, Jefferson, LA — 442 Traces — 19%
- Don's Guns & Galleries Inc., Indianapolis, IN — 431 Traces — 19%
- Hyatt Coin & Gun Shop Inc., Charlotte, NC — 405 Traces — 18% (#5)

EXHIBIT A

Data currant as of April 24, 2006.

# Exhibit B



COMPARISON OF FIREARMS SOLD TO FIREARMS RECOVERED & TRACED

EXHIBIT B
Data current as of April 26, 2006.

# Exhibit C



BETWEEN TRADER'S DISPOSITION OF FARM AND CRIMINAL EVENT, BY TRACE REQUESTS ONLY 2003 - 2005

EXHIBIT C
Data currant as of April 24, 2006.

# Exhibit D-1

# Recoveries of Firearms Sold by Traders 2005

Firearms on map 279

D-1

# Exhibit D-2

# Recoveries of Firearms Sold by Traders 2004



Firearms on map 290

D-2

# Exhibit D-3



Recoveries of Firearms Sold by Traders 2003

Firearms on map 252

D-3