**TABLE OF CONTENTS**

INTRODUCTION AND SUMMARY OF ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    A.  Regulatory Scheme . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    B.  Trader Sport's Licensing History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    A.  STANDARDS APPLICABLE TO PRELIMINARY
        INJUNCTIVE RELIEF UNDER FRCP 65 AND
        STAY REQUESTS FOR FEDERAL FIREARMS
        LICENSE REVOCATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    B.  TRADER SPORTS HAS NOT RAISED
        SUFFICIENTLY SERIOUS QUESTIONS
        AS TO THE MERITS AND DOES NOT HAVE
        A LIKELIHOOD OF PREVAILING ON THE MERITS . . . . . . . . . . . . . . . . . . 12

        1.  TRADER SPORTS WILLFULLY
            VIOLATED STATUTES AND
            REGULATIONS GOVERNING
            FEDERAL FIREARMS LICENSEES . . . . . . . . . . . . . . . . . . . . . . . . . . 12

        2.  THE ADMINISTRATIVE ACTION
            RESULTING IN TRADER SPORT'S
            LICENSE REVOCATION WAS NOT
            THE PRODUCT OF AN UNCONSTITUTIONAL
            OR UNLAWFUL INSPECTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

        3.  THE INFORMAL HEARING PROCESS
            DID NOT VIOLATE THE DUE PROCESS
            OR EQUAL PROTECTION CLAUSES . . . . . . . . . . . . . . . . . . . . . . . . 18

    C.  TRADER SPORTS HAS FAILED TO SHOW ANY
        IRREPARABLE INJURY OR THAT THE BALANCE
        OF HARDSHIPS TIPS DECIDEDLY IN ITS FAVOR . . . . . . . . . . . . . . . . . . . . . 21

        1.  THERE IS NO IRREPARABLE INJURY
            BECAUSE ALL CLAIMED HARM IS
            COMPENSATORY AND THE SO-CALLED
            INJURIES ARE SELF-INFLICTED . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

        2.  THE BALANCE OF HARDSHIPS DOES
            NOT FAVOR TRADER SPORTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

    D.  THE INTERESTS OF JUSTICE DO NOT
        SUPPORT A STAY OF REVOCATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25