# TABLE OF AUTHORITIES

## FEDERAL CASES

3 Bridges, Inc. v. United States,
    216 F. Supp. 2d 655 (E.D. Ky. 2002) .................................................................. 5, 19, 23

A & M Records, Inc. v. Napster, Inc.,
    239 F.3d 1004 (9th Cir. 2001) ........................................................................................ 12

Amoco Production Co. v. Village of Gambell, Alaska,
    480 U.S. 531 (1987) ....................................................................................................... 12

Appalachian Resources Development Corp. v. McCabe,
    387 F.3d 461 (6th Cir. 2004) ..................................................................................... 5, 15

Article II Gun Shop dba Gun World v. Ashcroft, Civil Action 03-C-4598,
    2005 WL. 701053 (N.D. Ill. March 25, 2005), aff'd, Article II Gun Shop, Inc.
    v. Gonzales, 441 F.3d 492 (7th Cir. Ill. 2006) ................................................................ 5

Barrett v. United States,
    423 U.S. 212 (1976) ....................................................................................................... 22

Benitez-Mendez v. INS,
    760 F.2d 907 (9th Cir. 1985) ......................................................................................... 17

Benjamin v. Bureau of Alcohol, Tobacco, & Firearms,
    1993 U.S. App. LEXIS 19504 (9th Cir. July 26, 1993) ................................................ 19

Blaustein & Reich, Inc. v. Buckles,
    220 F. Supp. 2d 535 (E.D. Va. 2002), aff'd Blaustein & Reich, Inc. v. Buckles,
    No. 02-2329 (4th Cir. Apr. 21, 2004) .............................................................................. 5

Calhoun v. Bailar,
    626 F.2d 145 (9th Cir. 1980), cert. denied, 452 U.S. 906 (1981) ................................. 19

Caplan v. Fellheimer Eichen Braverman & Kaskey,
    68 F.3d 828 (3rd Cir. 1995) ........................................................................................... 22

Cassim v. Bowen,
    824 F.2d 791 (9th Cir. 1987) ......................................................................................... 22

Cucchiara v. Secretary of the Treasury,
    652 F.2d 28 (9th Cir. 1981) ....................................................................... 5, 6, 12, 13, 14

Clust, Inc., dba Cash To Go Pawn Shop v. ATF,
    No. 2:04-cv-839, 2005 WL. 1651794 (S.D. Ohio July 13, 2005) ................................... 5

Dr. Seuss Enterprises v. Penguin Books USA, Inc.,
    109 F.3d 1394 (9th Cir.1997) ........................................................................................ 11

E & B Sporting Goods v. McCarron, No. 3:04-CV-1535 JCH,
    2006 U.S.Dist. LEXIS 8076 (D. Conn. Feb. 21, 2006) ................................................... 5

Edward Kuss dba The Hock Shop v. ATF,
    No 7:04-543, 2005 U.S. Dist. LEXIS 28773 (E.D. Ky. Nov. 18, 2005) ......................... 5

1  Flynt Distrib. Co. v. Harvey, 734 F.2d 1389, 1394 (9th Cir. 1984) .......... 19

2  Garrett v. Lehman,
      751 F.2d 997 (9th Cir. 1985) ........................................................... 17

3  Hortonville Joint School District No. 1 v. Hortonville Education Association,
      426 U.S. 482 (1976) .......................................................................... 20

4  INS v. Lopez-Mendoza,
      468 U.S. 1032 (1984) ........................................................................ 16

5  International Jensen, Inc. v. Metrosound U.S.A.,
      4 F.3d 819 (9th Cir.1993) ............................................................ 11-12

6  Johnson v. United States,
      628 F.2d 187 (D.C. Cir. 1980) .......................................................... 19

7  Lewin v. Blumenthal,
      590 F.2d 268 (8th Cir. 1979) ............................................................ 13

8  Lopez v. United States,
      129 F. Supp. 2d 1284 (D.N.M. 2000) ............................................... 19

9  Los Angeles Memorial Coliseum Commission v. NFL,
      634 F.2d 1197 (9th Cir. 1980) .......................................................... 21

10 Marshall v. Barlow's,
      436 U.S. 307 (1978) .......................................................................... 17

11 McMorrow v. Schweiker,
      561 F. Supp. 584 (D.N.J. 1982) ........................................................ 19

12 Midwest Growers Cooperative Corp. v. Kirkemo,
      533 F.2d 455 (9th Cir. 1976) ............................................................ 16

13 Mister Discount Stockbrokers, Inc. v. S.E.C.,
      768 F.2d 875 (7th Cir. 1985) ............................................................ 19

14 NLRB v. South Bay Daily Breeze,
      415 F.2d 360 (9th Cir. 1969), cert. denied, 397 U.S. 915 (1970) ..... 16

15 Orhorhaghe v. INS,
      38 F.3d 488 (9th Cir. 1994) .............................................................. 17

16 Perri v. Department of Treasury,
      637 F.2d 1332 (9th Cir. 1981) .......................................................... 15

17 Petereit v. S.B. Thomas, Inc.,
      63 F.3d 1169 (2d Cir. 1995) ............................................................. 22

18 Pinion Enterprises, Inc. dba The Gun Cellar v. Ashcroft,
      371 F. Supp. 2d 1311 (N.D. Ala. June 3, 2005) ................................. 5

19 Plymouth Sedan v. Pennsylvania,
      380 U.S. 693 (1965) .......................................................................... 17

20 Prino v. Simon,
      606 F.2d 449 (4th Cir. 1979) ............................................................ 13


Richardson v. Perales,
    402 U.S. 389 (1971) .................................................................................................. 19

Salt Lake Tribune Public Co., LLC v. AT & T Corp.,
    320 F.3d 1080 (10th Cir. 2003) ................................................................................. 22

Sammartano v. First Judicial District Ct., in & for County of Carson City,
    303 F.3d 959 (9th Cir. 2002) ..................................................................................... 22

Sampson v. Murray,
    415 U.S. 61 (1974) .................................................................................................... 21

Scotts Co. v. United Industries Corp.,
    315 F.3d 264 (4th Cir. 2002) ..................................................................................... 22

Sears v. Department of the Navy,
    680 F.2d 863 (1st Cir. 1982) ..................................................................................... 19

Southwest Voter Registration Ed. Project v. Shelley,
    344 F.3d 914 (9th Cir. 2003) ..................................................................................... 12

Steins, Inc. v. Blumenthal,
    649 F.2d 463 (7th Cir. 1980) ..................................................................................... 13

Strong v. United States, Civil Action 3:04-CV-2626L,
    2006 U.S. Dist. LEXIS 9961 (N.D. Tex. Mar. 13, 2006) ............................................ 5

Stuhlberg International Sales Co., Inc. v. John D. Brush & Co.,
    240 F.3d 832 (9th Cir. 2001) ..................................................................................... 22

Sundance Land v. Community First Federal Savings & Loan,
    840 F.2d 653 (9th Cir. 1988) ..................................................................................... 21

Swinton v. Potomac,
    270 F.3d 794 (9th Cir. 2001) ..................................................................................... 20

United States v. Blue Diamond Coal Co.,
    667 F.2d 510 (6th Cir. Ky. 1981) .............................................................................. 17

United States v. Calandra,
    414 U.S. 338 (1974) .................................................................................................. 16

United States v. Chan-Jimenez,
    125 F.3d 1324 (9th Cir. 1997) ................................................................................... 18

United States v. Janis,
    428 U.S. 433 (1976) .................................................................................................. 16

United States v. Marine Shale Processors,
    81 F.3d 1329 (5th Cir. 1996)                                                                                        12

United States v. Oakland Cannabis Buyers' Cooperative,
    190 F.3d 1109 (9th Cir. 1999) ................................................................................... 22

United States v. Scherer,
    523 F.2d 371 (7th Cir. 1975), cert. denied, 424 U.S. 911 (1976) .............................. 15

United States v. White,
    451 F.2d 696 (5th Cir. 1979) ..................................................................................... 16

Willingham Sports, Inc. v. Bureau of Alcohol, Tobacco, Firearms and Explosives,
    348 F. Supp. 2d 1299 (S.D. Ala. 2004), aff'd, 415 F.3d 1274 (11th Cir. 2005) ... 5, 16, 23

**DOCKETED CASES**

Bruce Jennings, et. al. v. Ashcroft,
    No. CV-N-03-0284 (D.Nev. July 22, 2005) ................................................... 5

Edwards v. ATF, A04-001 CV (JWS) ................................................................ 5

Gray Highway Pawn, Inc. d/b/a Shurlington Jewelry & Pawn v. ATF, 5:03-CV-267-1 (DF)
    (M.D. Ga. Aug. 6. 2004); ............................................................................... 5

Mansfield v. ATF,
Civil Action No. AW-03-3022 (D. Md. Aug. 23, 2004) ........................................ 5

On Target Sporting Goods, Inc. v. Attorney General of the United States,
    No. 4:04-CV-1644 (E.D. Mo. Dec. 21, 2005) ................................................. 5

**FEDERAL RULES AND STATUTES**

Fed.R.Civ.P. 65 ............................................................................................ 11

Fed.R.Civ.P. 1 .............................................................................................. 19

15 U.S.C. § 901-910 ..................................................................................... 5

18 U.S.C. § 921 ............................................................................................ 15

18 U.S.C. § 922(m) ...................................................................................... 4

18 U.S.C. § 922(v) ....................................................................................... 4

18 U.S.C. 923 ............................................................................................... 6, 19

18 U.S.C. § 923(f)(3). .................................................................................. 6

18 U.S.C. § 923(g)(1) .................................................................................. 4, 16

18 U.S.C. §923(g)(7) ................................................................................... 5

27 C.F.R. § 478.102(c) ................................................................................ 4

27 C.F.R. § 478.124(b) ................................................................................ 4

27 C.F.R. § 478.125(e) ................................................................................ 4

27 C.F.R. § 478.126a .................................................................................... 5

27 C.F.R. § 478.132(a) ................................................................................ 4

27 C.F.R. §§ 478.21(a) ................................................................................ 4

27 C.F.R. §§478.22(a)(3) ............................................................................. 4

27 C.F.R. § 478.25a ..................................................................................... 5

27 C.F.R. § 478.99 ................................................................................................................ 4

63 Fed. Reg. 12643 (3/16/98) ............................................................................................ 14

**OFFICIAL SESSION LAWS**

Omnibus Crime Control and Safe Streets Act of 1968, Pub. L. No. 90-351, § 901, 82 Stat. 226 ................................................................................................................................. 3, 15

**MISCELLANEOUS**

ATF's Federal Firearms Regulations Reference Guide, page 140 .............................. 14

S. Rep. No. 90-1097 (1968), reprinted in 1968 U.S.C.C.A.N. 2112, 2113 .................. 3